# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**
September 23, 2020

Lyle W. Cayce
Clerk

No. 19-11383
CONSOLIDATED WITH
No. 19-11384
Conference Calendar

UNITED STATES OF AMERICA,

*Plaintiff—Appellee*,

*versus*

SERGIO FUENTES,

*Defendant—Appellant*.

Appeals from the United States District Court
for the Northern District of Texas
USDC No. 4:19-CR-164-1
USDC No. 4:19-CR-251-1

Before SMITH, STEWART, and HIGGINSON, *Circuit Judges*.

PER CURIAM:*

The Federal Public Defender appointed to represent Sergio Fuentes in appeal No. 19-11383 has moved for leave to withdraw and has filed a brief

---

* Pursuant to 5TH CIRCUIT RULE 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIRCUIT RULE 47.5.4.

No. 19-11383

c/w No. 19-11384

in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). The same Federal Public Defender also has moved to withdraw and filed an *Anders* brief in appeal No. 19-11384. Fuentes has filed a response that addresses both appeals. We exercise our authority to sua sponte consolidate the appeals, which implicate common facts and issues. *See United States v. Rodriguez*, 564 F.3d 735, 737 (5th Cir. 2009); Fed. R. App. P. 3(b)(2).

We have reviewed counsel's briefs and the relevant portions of the record reflected therein, as well as Fuentes's response. We concur with counsel's assessment that the appeals present no nonfrivolous issue for appellate review. Accordingly, counsel's motions for leave to withdraw are GRANTED, counsel is excused from further responsibilities herein, and the appeals are DISMISSED. *See* 5th Cir. R. 42.2.